**STATE of Missouri, Respondent,**

v.

**Donald G. ROBERTS, Appellant.**

**No. 51564.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Lew Kollias, Public Defender's Office, Columbia, Lindell P. Dunivan, Public Defender, Farmington, for appellant.

Jatha B. Sadowski, Asst. Atty. Gen., Jefferson City, for respondent.

#### ORDER

PER CURIAM:

Direct appeal from a jury conviction for stealing, in violation of § 570.030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).

**James M. SWARTZ, Appellant,**

v.

**McDONNELL DOUGLAS SERVICES, INC., Respondent.**

**No. 51606.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Fred Roth, Clayton, for appellant.

Dennis C. Donnelly, JoAnne Kuhns, St. Louis, for respondent.

#### ORDER

PER CURIAM:

This is a civil action seeking actual and punitive damages for breach of contract. The trial court entered summary judgment.

Judgment affirmed. Rule 84.16(b).